UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| In re Material Witness: | ) | CASE NO. MJ24-074 |
| | ) | |
| | ) | |
| AHMED BASCRACEA | ) | |
| | ) | DETENTION ORDER - Material |
| | ) | Witness |

<u>Offense charged</u>:     Material Witness

<u>Date of Detention Hearing</u>:     March 5, 2024.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.     Mr. Bascracea is a material witness in an immigration case charged by criminal

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE -1

01 indictment in Case No. CR23-180LK.   Trial is set for April 29, 2024.   The government

02 indicates a motion has been filed to perpetuate Mr. Bascracea's testimony by deposition.   He

03 was initially released from ICE custody under the condition that he submit to GPS location

04 monitoring.   However, as Mr. Bascracea admits, he cut off the monitoring device when

05 permission was not given to him to travel to California.   He was arrested when attempting to

06 enter Canada from the state of New York.

07      2.     The United States has moved to detain the witness pursuant to 18 U.S.C. § 3144

08 for a reasonable period until his deposition can be taken pursuant to the Federal Rules of

09 Criminal Procedure.

10      3.     The material witness poses a risk of nonappearance based on previous efforts to

11 evade monitoring and leave the country.

12      5.     The Court finds that further detention is necessary to prevent a failure of justice.

13 The material witness will be detained until his testimony can be adequately secured.

14 It is therefore ORDERED:

15    1.  Defendant shall be detained pending testimony and committed to the custody of the

16       Attorney General for confinement in a correction facility separate, to the extent

17       practicable, from persons awaiting or serving sentences or being held in custody

18       pending appeal;

19    2.  The witness shall be afforded reasonable opportunity for private consultation with

20       counsel;

21    3.  On order of the United States or on request of an attorney for the Government, the person

22       in charge of the corrections facility in which the witness is confined shall deliver the

01       witness to a United States Marshal for the purpose of an appearance in connection with

02       a court proceeding; and

03   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04       for defendant, to counsel for the witness, to the United States Marshal, and to the United

05       State Pretrial Services Officer.

06       DATED this 5th day of March, 2024.

07

08       Mary Alice Theiler
                United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE -3